BEFORE THE SECOND DIVISION, NOVEMBER 13, 1939

No. 42366.—Protests 532650–G, etc., of Bullock & Jones et al. (San Francisco, etc.).

Opinion by KINCHELOE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE FIRST DIVISION, NOVEMBER 14, 1939

No. 42667.—Protests 972287–G, etc., of Geo. S. Bush & Co., Inc. (Seattle).

Opinion by BROWN, J. In accordance with stipulation of counsel and on the authority of *Laurence Phillips Lumber Co.* v. *United States* (T. D. 49624) the protests were sustained.

BEFORE THE SECOND DIVISION, NOVEMBER 14, 1939

No. 42668.—Protest 416498–G of R. H. Macy & Co., Inc. (New York).

Opinion by TILSON, J. Certain items were found to consist of lace window curtains similar to those involved in *Billwiller* v. *United States* (T. D. 44911). The claim at 75 percent under paragraph 1430 was therefore sustained.

No. 42669.—Protests 161599–G, etc., of Bloomingdale Bros. et al. (New York).

Opinion by TILSON, J. It was stipulated that certain items consist of filet lace articles similar to those involved in *United States* v. *Jabara* (22 C. C. P. A. 77, T. D. 47065) and other items consist of Normandy lace articles like those the subject of *United States* v. *Amrein* (26 C. C. P. A. 353, C. A. D. 40). The claim at 75 percent under paragraph 1430 was therefore sustained.

No. 42670.—Protests 185729–G, etc., of Gimbel Bros., Inc., et al. (New York).

Opinion by TILSON, J. In accordance with stipulation of counsel and on the authority of Abstract 16064 and *United States* v. *International Clearing House* (24 C. C. P. A. 117, T. D. 48416) knit wool wearing apparel was held dutiable at 45 cents per pound and 50 percent ad valorem under paragraph 1114. Embroidered wearing apparel and embroidered veils similar to those the subject of *Pustet* v. *United States* (13 Ct. Cust. Appls. 530, T. D. 41396) and Abstract 11620 were held dutiable at 75 percent under paragraph 1430.